

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| Teresa Corral Lerma, | § | No. 08-17-00194-CV |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| Border Demolition & Environmental, Inc., as a corporation, Raul Solis, Individually and Bonnie Solis, Individually, | § § | of El Paso County, Texas (TC# 2009-2631) |
| Appellees. | § | |

§

# **O R D E R**

The Court GRANTS the Appellant's first motion for extension of time within which to file the response to Appellees' motion to dismiss until **October 12, 2017.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S RESPONSE WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Eduardo N. Lerma, the Appellant's attorney, prepare the Appellant's response and forward the same to this Court on or before October 12, 2017.

IT IS SO ORDERED this 19th day of September, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.